**Electronically Filed**
**Supreme Court**
**SCWC-18-0000499**
**02-AUG-2019**
**10:22 AM**

SCWC-18-0000499

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

EDMUND M. ABORDO,
Petitioner/Plaintiff-Appellant,

vs.

PATRICIA (AKA) PATTI ANN ICHIDA,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000499; CIVIL NO. 18-1-0392)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Edmund M. Abordo's

application for writ of certiorari, filed on July 9, 2019, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, August 2, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

